In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-16-00224-CV
_____

## GROENDYKE TRANSPORT, INC., Appellant

## V.

## CHEM-JET INTERNATIONAL, INC., Appellee

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-06-05980-CV**

## MEMORANDUM OPINION

The appellant, Groendyke Transport, Inc., filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 21, 2016
Opinion Delivered September 22, 2016
Before Kreger, Horton, and Johnson, JJ.

1